1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
7
## DISTRICT OF NEVADA
8
9  KEVIN LENEAR CAMP,
10      Petitioner,                          Case No. 2:09-CV-01117-GMN-(RJJ)
11  vs.                                       **ORDER**
12  DWIGHT NEVEN, et al.,
13      Respondents.
14
15          Petitioner has submitted a second amended petition (#17), with errata (#34).  The
16  court has reviewed the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the
17  United States District Courts.  The court will dismiss one ground for relief, and the court will direct
18  respondents to file a response to the remaining grounds.
19          In ground 9, petitioner argues that the instruction defining reasonable doubt violates
20  the due process clause of the Fourteenth Amendment.  The United States Court of Appeals for the
21  Ninth Circuit has determined that this instruction is constitutional.  Ramirez v. Hatcher, 136 F.3d
22  1209, 1211-15 (9th Cir. 1998).  That court has also held that the issue is not worthy of a certificate
23  of appealability.  Nevius v. McDaniel, 218 F.3d 940, 944-45 (9th Cir. 2000).  Ground 9 is without
24  merit.  The court dismisses it, and the court will not issue a certificate of appealability on this issue.
25          IT IS THEREFORE ORDERED that ground 9 of the second amended petition (#17)
26  is **DISMISSED**.
27          IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from
28  the date of entry of this order to answer or otherwise respond to the second amended petition (#17).

1  If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing

2  Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five

3  (45) days from the date on which the answer is served to file a reply.

4               DATED this 23rd day of November, 2010.

5

6  _____

7  Gloria M. Navarro
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28