# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN LENEAR CAMP,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:09-CV-01117-GMN-(RJJ)

**ORDER**

    Respondents having filed a motion for enlargement of time (first request) (#38), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#38) is **GRANTED**.  Respondents shall have through February 22, 2011, to file and serve an answer or other response to the second amended petition (#17).

    DATED this 10th day of January, 2011.

                                                           _____
                                                           Gloria M. Navarro
                                                           United States District Judge