# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN LENEAR CAMP,

    Petitioner,

vs.

D. NEVEN, et al.,

    Respondents.

Case No. 2:09-CV-01117-RCJ-(RJJ)

**ORDER**

    Petitioner having submitted an unopposed motion for enlargement of time to file opposition to respondents' motion to dismiss (first request) (#41), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time to file opposition to respondents' motion to dismiss (first request) (#41) is **GRANTED**. Petitioner shall have through March 31, 2011, to file an opposition to the motion to dismiss (#40).

    DATED this 7th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge