# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN LENEAR CAMP,

    Petitioner,

vs.

D. NEVEN, et al.,

    Respondents.

Case No. 2:09-CV-01117-RCJ-(RJJ)

**ORDER**

    Petitioner having submitted an unopposed motion for enlargement of time to file a reply to respondents answer to amended petition (third request) (#52), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time to file a reply to respondents answer to amended petition (third request) (#52) is **GRANTED**. Petitioner shall have through February 17, 2012, to file a reply to the answer (#47).

    DATED this 9th day of February, 2012.

_____
Gloria M. Navarro
United States District Judge