UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN LENEAR CAMP,<br><br>                              Petitioner,<br>v.<br>DWIGHT NEVEN, *et al.*,<br><br>                              Respondents. | Case No.   2:09-cv-01117-MMD-NJK<br><br>ORDER |

Before the Court are petitioner's motion to grant unopposed requests for release pending retrial (dkt. no. 79), respondents' opposition (dkt. no. 81), and petitioner's reply (dkt. no. 82).  Respondents have filed their election to retry petitioner (dkt. no. 78). The case is proceeding in the state district court, and that court has ordered petitioner remanded to the Clark County Detention Center. *State v. Camp*, No. 98C149087.[1] Petitioner needs to direct his efforts for a release to the state district court.

It is therefore ordered that petitioner's motion to grant unopposed requests for release pending retrial (dkt. no. 79) is denied as moot.

The Clerk is instructed to close this case.

DATED THIS 8th day of October 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] https://www.clarkcountycourts.us/Anonymous/CaseDetail.aspx?CaseID=7649007 (report generated October 7, 2015).