UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN LENEAR CAMP, | Case No.   2:09-cv-01117-MMD-NJK |
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, *et al.*, | |
| Respondents. | |

Petitioner has filed a motion to modify/alter/amend judgment (dkt. no. 84), asking for additional time for trial to commence in state court.  Respondents have filed a non-opposition. (Dkt. no. 85.) Good cause appearing, it is therefore ordered that petitioner's motion to modify/alter/amend judgment (dkt. no. 84) is granted. The Court's order granting the petition for a writ of habeas corpus conditionally (dkt. no. 76) is amended to require that jury selection in petitioner's retrial will commence no later than November 30, 2016.

DATED THIS 4th day of December 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE