UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| KEVIN LENEAR CAMP, | Case No. 2:09-cv-01117-MMD-NJK |
|---|---|
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, *et al.*, | |
| Respondents. | |

Petitioner has filed a notice regarding satisfaction of judgment, or in the alternative, motion to alter or amend judgment (ECF No. 87). Petitioner has been sentenced in state court on a count of second-degree murder, and he is scheduled for sentencing in state court on January 5, 2017, on a count of child abuse, neglect, or endangerment with substantial bodily harm. Petitioner does not oppose respondents' alternative request to extend the court's deadline. Although the Court does not anticipate any problems in state court, it will grant respondents' alternative request in case something happens.

It is therefore ordered that respondents' alternative motion to alter or amend judgment (ECF No. 87) is granted. The Court's order granting the petition for a writ of habeas corpus conditionally (ECF No. 76) is amended to require that sentencing in petitioner's state-court case shall occur no later than February 1, 2017.

DATED THIS 22nd day of November 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE